1
2
3
4
5              UNITED STATES DISTRICT COURT

6              EASTERN DISTRICT OF WASHINGTON

7    UNITED STATES OF AMERICA,

8                              Plaintiff,          NO:  2:15-CR-4-RMP-2

9           v.                                     ORDER MEMORIALZING ORAL
                                                   RULING
10   MARIE A. HANLAN,

11                             Defendant.

12

13         The Court held Defendant Marie A. Hanlan's sentencing hearing on January

14   28, 2016.  During Defendant's sentencing hearing, the Court orally ruled on

15   Defendant's Motion for Downward Departure, **ECF No. 108**.  Defendant was

16   present and represented by Timothy D. Trageser.  The Government was

17   represented by Assistant United States Attorney James A. Goeke.  This Order is

18   entered to memorialize the Court's oral ruling.

19         Defendant moved for a downward departure under U.S.S.G. § 4A1.3(b)(1)

20   on the basis that Defendant's criminal history category of II substantially over-

represented the seriousness of Defendant's criminal history. *See* ECF No. 108 at 1–2. For the reasons discussed during Defendant's sentencing hearing, and taking into account the downward variance adopted by the Court in sentencing Defendant, the Court **DENIED** Defendant's motion for downward departure.

Accordingly, **IT IS HEREBY ORDERED** that Defendant's Motion for Downward Departure, **ECF No. 108**, is **DENIED**.

The District Court Clerk is directed to enter this Order and provide copies to counsel.

**DATED** this 28th day of January, 2016.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
United States District Judge