# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marie A. Hanlan                    Case Number: 0980 2:15CR00004-RMP-2

Address of Offender: ███████████████  Springdale, Washington 99173

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: January 28, 2016

| | | |
|---|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j) | |
| Original Sentence: | Prison - 170 days<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | James A. Goeke | Date Supervision Commenced: January 28, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 27, 2019 |

## PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: On February 2, 2016, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.<br><br>Ms. Hanlan violated her terms of supervised release by being arrested and charged with misdemeanor charges of assault - 4 domestic violence and malicious mischief on December 17, 2017.<br><br>On December 17, 2017, Spokane Police Department report 2017-20248316 indicates Ms. Hanlan was arrested and charged with misdemeanor charges assault - 4 domestic violence and malicious mischief. Said report indicates law enforcement was contacted after a possible domestic violence dispute at the address of Glenna Poblete, Ms. Hanlan's mother. Ms. Poblete informed the arresting officer that Ms. Hanlan accused her of doing things she did not, which led Ms. Hanlan to kick the front door of the residence in until the frame was cracked, and thereafter pushed Ms. Poblete into a counter. Ms. Hanlan was subsequently arrested, and probable cause was found to exist in this matter. |

    2    **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to testing (which may include urinalysis or sweat patch), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On February 2, 2016, the offender reported to the United States Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.

Ms. Hanlan violated her terms of supervised release by failing to abstain from illegal controlled substances by smoking marijuana.

On December 21, 2017, Ms. Hanlan submitted a urinalysis that tested presumptive positive for THC (marijuana). While initially being deceitful, Ms. Hanlan admitted to the undersigned, and via a signed document, that she smoked marijuana on multiple occasions during the month of December 2017, with her last use being on December 19, 2017.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 12/27/2017

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

12/27/2017

Date