Report Date: January 18, 2018

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 18, 2018

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Marie A. Hanlan    Case Number: 0980 2:15CR00004-RMP-2

Address of Offender: Unknown

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U. S. District Judge

Date of Original Sentence: January 28, 2016

Original Offense:    Possession of a Stolen Firearm, 18 U.S.C. § 922(j)

Original Sentence:   Prison - 170 days    Type of Supervision: Supervised Release
                     TSR - 36 months

Asst. U.S. Attorney: James A. Goeke     Date Supervision Commenced: January 28, 2016

Defense Attorney:    Federal Defenders Office    Date Supervision Expires: January 27, 2019

## PETITIONING THE COURT

To issue a warrant and to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 12/27/2017.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Standard Condition # 2**: The defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer. |

**Supporting Evidence**: On February 2, 2016, the offender reported to the U.S. Probation Office for the purpose of an intake. It was at that time the offender was informed of all mandatory, standard, and special conditions of supervised release. The offender acknowledged she understood her obligation to the Court.

Ms. Hanlan has violated her conditions of supervised release by failing to report to her probation officer as directed.

On December 21, 2017, Ms. Hanlan was provided an appointment slip by the undersigned for a scheduled probation appointment to take place at the U.S. Probation Office on January 2, 2018. On December 29, 2017, Ms. Hanlan left a voice mail for the undersigned stating she was being discharged from the Frontier Behavioral Health Stabilization Unit and that she would be returning to her residence with no cell phone, and further acknowledged she would be present at the scheduled probation appointment on January 2, 2018. On January 2, 2018, Ms. Hanlan failed to show for the scheduled probation appointment nor did she contact U.S.

Probation in any manner. On January 3, 2018, the undersigned made contact with Ms. Hanlan's alternate contact and mother, Glenna Ploblete. Ms. Ploblete informed the undersigned it was her understanding Ms. Hanlan was at her residence, and that if she had contact with her she would tell her to contact U.S. Probation. On January 16, 2018, the summons for Ms. Hanlan to appear at the U.S. Courthouse reference the petition filed on December 27, 2017, was returned as unexecuted; thus, Ms. Hanlan failed to appear for her initial appearance before U.S. Magistrate Judge Rodgers. Ms. Hanlan's whereabouts are unknown and she appears to be evading supervision.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court, and that the Court issue a warrant.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/18/2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

1/18/2018

Date